IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MILFORD LEE ROOP**                                                      **PLAINTIFF**

**v.**                            **No. 1:17CV24-NBB-JMV**

**ITAWAMBA COUNTY**
**CHRIS DICKINSON**
**ITAWAMBA COUNTY JAIL JAILERS**                           **DEFENDANTS**

**ORDER ADDING GREGORY WHYMAN AS A DEFENDANT**

After holding a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985) – and reviewing the plaintiff's complaint liberally under *Haines v. Kerner*, 404 U.S. 519 (1972) – the court finds that Gregory Whyman should be added as a defendant in this case. The Clerk of the Court is **DIRECTED** to do so.

**SO ORDERED**, this, the 23rd day of June, 2017.

                                                 /s/ Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE