IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MILFORD LEE ROOP**                                                                                  **PLAINTIFF**

v.                                                                                                                                               No. 1:17CV24-NBB-JMV

**ITAWAMBA COUNTY**
**CHRIS DICKINSON**
**ITAWAMBA COUNTY JAIL JAILERS**                                 **DEFENDANTS**

**ORDER *DISMISSING* PLAINTIFF'S MOTION [15]
TO PROCEED ON COMPLAINT**

This matter comes before the court on the plaintiff's "Motion to Proceed on Complaint." In the motion, the plaintiff sets forth various allegations arising out of his stay at the South Mississippi Correctional Institution. In its order of June 23, 2017, the court bifurcated this case, keeping Mr. Roop's claims arising out of his incarceration in Itawamba County in the present case – and directing the Clerk of the Court to open a separate case for Mr. Roop to pursue his claims against the Mississippi Department of Corrections. As the instant motion [15] involves his stay in the custody of the Mississippi Department of Corrections, it is **DISMISSED** without prejudice to pursue relief as to these allegations in the case involving the Mississippi Department of Corrections.

**SO ORDERED**, this, the 11th day of September, 2017.

                                                                       /s/   Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE