# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**MILFORD LEE ROOP**                                                                 **PLAINTIFF**

v.                                                                              No. 1:17CV24-NBB-JMV

**ITAWAMBA COUNTY**
**CHRIS DICKINSON**
**ITAWAMBA COUNTY JAIL JAILERS**                                                    **DEFENDANTS**

### ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTIONS [13], [14]

This matter comes before the court on the motions [13], [14] of Milford Lee Roop for funds so that he may travel to court. As Mr. Roop is incarcerated, the court effects his transportation through a writ of *habeas corpus ad testificandum*; as such, the provision of funds are not necessary. In addition, the plaintiff was transported to and from the hearing he wished to attend; as such, the instant motions [13], [14] are **DISMISSED** as moot.

**SO ORDERED**, this, the 11th day of September, 2017.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE